IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NASCAR ASSOCIATION FOR STOCK, ) <br> CAR AUTO RACING, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANKLIN MINT COMPANY d/b/a, ) <br> THE FRANKLIN MINT, a Delaware ) <br> partnership, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 3:05CV399-C <br><br> **ORDER** |

THIS CAUSE coming on to be heard before the undersigned Judge presiding in the United States District Court, Western District of North Carolina, on the motion of Defendant Franklin Mint Company for admission of Jeffrey S. Edwards *pro hac vice* in this action; and the Court having heard and considered this matter being of the opinion that this motion should be allowed;

NOW, THEREFORE, it is hereby ORDERED that Jeffrey S. Edwards be and hereby is admitted pro hac vice to appear in this action on behalf of Defendant.

Signed: May 17, 2006

David C. Keesler
United States Magistrate Judge