| | | |
|---|---|---|
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **NOTICE** |
| **FRANKLIN MINT COMPANY, a Delaware partnership d/b/a THE FRANKLIN MINT,** | ) ) ) | |
| **Defendant.** | ) ) | |

TAKE NOTICE that this matter has been set for hearing on Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 13) to be held at **10:00 a.m.** on **March 23, 2007**, before the undersigned United States District Judge, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Brief oral argument on Plaintiff's motion and Defendant's response in opposition will be allowed and limited to fifteen (15) minutes for each party. The parties should also be prepared to update the Court as to the status of the parties' settlement discussions.

Signed: February 9, 2007

Frank D. Whitney
United States District Judge