# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:05-cv-00399-W

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, INC., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | ORDER |
| FRANKLIN MINT COMPANY d/b/a THE FRANKLIN MINT, ) ) ) | |
| Defendant. ) ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) calendar days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before April 23, 2007.

IT IS SO ORDERED.

Signed: March 22, 2007

Frank D. Whitney
United States District Judge